People v Belal (2021 NY Slip Op 50176(U))



[*1]


People v Belal (Mooinuddid)


2021 NY Slip Op 50176(U) [70 Misc 3d 143(A)]


Decided on March 5, 2021


Appellate Term, Second Department


Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.


This opinion is uncorrected and will not be
published in the printed Official Reports.



Decided on March 5, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : MICHELLE WESTON, J.P., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ



2018-589 Q CR

The People of the State of New York,
Respondent,
againstMooinuddid Belal, Appellant. 




New York City Legal Aid Society (Kristina Schwarz of counsel), for appellant.
Queens County District Attorney (Johnnette Traill and William R. Branigan of counsel), for
respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Queens County
(Bruna L. DiBiase, J.), rendered January 29, 2018. The judgment convicted defendant, upon his
plea of guilty, of disorderly conduct, and imposed sentence. Assigned counsel has submitted a
brief in accordance with Anders v California (386 US 738 [1967]), seeking leave to withdraw as
counsel.




ORDERED that the judgment of conviction is affirmed.
We are satisfied with the sufficiency of the brief filed by defendant's assigned counsel
pursuant to Anders v California (386 US 738 [1967]), and, upon an independent review
of the record, we conclude that there are no nonfrivolous issues which could be raised on appeal.
Counsel's application for leave to withdraw as counsel is, therefore, granted (see id.;
People v Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89
AD3d 252 [2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez,
47 NY2d 606 [1979]).
WESTON, J.P., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 5, 2021









